# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 12, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160660(158)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TAXPAYERS FOR MICHIGAN
CONSTITUTIONAL GOVERNMENT, STEVE
DUCHANE, RANDALL BLUM, and SARA
KANDEL,
          Plaintiffs-Appellees,

v

SC: 160660
COA: 334663

STATE OF MICHIGAN, DEPARTMENT OF
TECHNOLOGY, MANAGEMENT AND
BUDGET and OFFICE OF AUDITOR
GENERAL,
          Defendants-Appellants.
_____/

On order of the Chief Justice, the joint motion of the Michigan Municipal League, the Government Law Section of the State Bar of Michigan, the Michigan Townships Association, and the Michigan Association of Counties to file a brief amicus curiae is GRANTED. The amended amicus brief submitted on February 11, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 12, 2020



Clerk